No. 60816.—Suit 4896 (United States v. Fisher Scientific Company) and Suit 4897 (Fisher Scientific Company v. United States).— —A. R. D. 68 affirmed April 4, 1957. C. A. D. 648. (Note: There were 41 appeals for reappraisement decided in A. R. D. 68, 34 of which were the subject of suit 4896, the remaining 7 appeals for reappraisement being appealed in suit 4897.)